**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00256-JAD-GWF |
| Plaintiff, | **ORDER** |
| vs. | ECF No. 68 |
| JIMMIE LOUIS POPE, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue Defendant POPE's Revocation Hearing currently set for September 9, 2020, to September 22, 2020, at 3:00 p.m.

DATED this 2nd day of September, 2020.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

3