BRIAN J. SMITH, ESQ.
Nevada Bar Number 11279
Law Office of Brian J. Smith, Ltd.
520 S. 4th St., Suite 340
Las Vegas, Nevada 89101
702-380-8248
Attorney for POPE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-00256-JAD-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE REVOCATION HEARING** |
| JIMMIE LOUIS POPE, | |
| Defendant. | **(FOURTH REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between BRIAN J. SMITH, counsel for JIMMIE LOUIS POPE, Christopher Chiou, Acting United States Attorney, and ERIC C. SCHMALE, Assistant United States Attorney, that the revocation hearing currently scheduled for July 12, 2021, at the hour of 11:00 a.m., be vacated and set to a date and time convenient to this court, but in no event earlier than seven (7) days.

This Stipulation is entered into for the following:

1. Mr. Smith needs more time to communicate regarding this matter with his client.

2. Defendant Pope, who is in custody, agrees to the continuance.

3. Brian J. Smith, counsel for Pope is in agreement with this continuance.

4. Counsel for the government is in agreement with this continuance.

5. The additional time requested by this stipulation is made in good faith and not for purpose of delay.

//

6. Additionally, denial of this request or continuance would result in a miscarriage of justice.

This is the fourth stipulation to continue filed herein.

DATED this 9th day of July, 2021.

RESPECTFULLY SUBMITTED BY:

CHRISTOPHER CHIOU
Acting United States Attorney

| /s/Eric C. Schmale | /s/ Brian J. Smith |
|---|---|
| ERIC C. SCHMALE, ESQ. | BRIAN J. SMITH, ESQ. |
| Assistant United States Attorney | Attorney for POPE |

BRIAN J. SMITH, ESQ.
Nevada Bar Number 11279
Law Office of Brian J. Smith, Ltd.
520 S. 4th St., Suite 340
Las Vegas, Nevada 89101
702-380-8248
Attorney for POPE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-00256-JAD-GWF |
| Plaintiff, | |
| vs. | **FINDINGS AND ORDER ON STIPULATION** |
| JIMMIE LOUIS POPE, | |
| Defendant. | **(FOURTH REQUEST)** |

## FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER

Based upon the submitted Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Mr. Smith needs more time to communicate regarding this matter with his client.

2. Defendant Pope, who is in custody, agrees to the continuance.

3. Brian J. Smith, counsel for Pope is in agreement with this continuance.

4. Counsel for the government is in agreement with this continuance.

## CONCLUSIONS OF LAW

1. Denial of this request for continuance would deny the defendant sufficient time to be able to fairly resolve his case, taking into account the exercise of due diligence.

2. The additional time requested by this stipulation is made in good faith and not for purpose of delay.

//

3. Additionally, denial of this request or continuance would result in a miscarriage of justice.

This is the fourth stipulation to continue filed herein.

## **ORDER**

**IT IS THEREFORE ORDERED** that the revocation hearing currently scheduled for July 12, 2021, at the hour of 11:00 a.m., be vacated and continued to July 19, 2021, at the hour of 3:00 p.m.

DATED this 12th day of July, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE