# FILED

# UNDER

# SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR SUMMONS
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Jimmie Louis Pope**

Case Number:  **2:16CR00256**

Name of Sentencing Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Original Sentence: **February 13, 2017**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **24 Months prison, followed by 36 Months TSR.**

Date of Prior Revocation: **July 19, 2021**

Revocation Sentence: **12mos & 1 day, followed by 17 Months TSR.**

Date Supervision Commenced: **July 23, 2018**

Name of Assigned Judicial Officer: **Honorable Jennifer A. Dorsey**

## PETITIONING THE COURT

☒ To issue a summons:

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Unlawfully Use Controlled Substance - You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.**

   a) Pope failed to report for scheduled drug testing on December 11, 2021.

**RE: Jimmie Louis Pope**

Prob12C
D/NV Form
Rev. March 2017

2. <u>**Report Police Contact Within 72 Hours**</u> **- If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.**

   a) On December 18, 2021, Officers with the Las Vegas Metropolitan Police Department conducted a traffic stop on Pope, which he failed to report.

3. <u>**Do Not Commit Another Crime**</u> **- You must not commit another federal, state or local crime.**

   a) On January 31, 2022, Pope was cited by Nevada Highway Patrol Troopers for going 95 MPH in a 65 MPH zone.

4. <u>**Must Answer Truthfully**</u> **- You must answer truthfully the questions asked by your probation officer.**

   a) On February 15, 2022, Pope reported that he had obtained full time employment with a company called Complete Millwork Services and provided a hiring letter and a pay stub as proof. The probation office later determined these documents were falsified.

5. <u>**Mental Health Treatment**</u> **– You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).**

   Pope missed his scheduled treatment sessions on the following dates;

   a) February 17, 2022
   b) February 24, 2022
   c) March 3, 2022

**RE: Jimmie Louis Pope**

Prob12C
D/NV Form
Rev. March 2017

6. <u>**Work Full Time**</u> **- You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**

    a) Pope has failed to provide proof that he's been employed since restarting supervision.

7. <u>**Follow Instructions Of Probation Officer**</u> **- You must follow the instructions of the probation officer related to the conditions of supervision.**

    a) Pope was directed to report to the probation office on March 29, 2022 with proof that he had applied for five jobs within the past week, which he failed to do.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on <u>**April 6, 2022**</u>

Digitally signed by
Cecil B McCarroll III
Date: 2022.04.06
16:37:13 -07'00'

_____
Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Brian
Blevins
Date: 2022.04.06 16:29:21
-07'00'

_____
Brian Blevins
Supervisory United States Probation Officer

**RE: Jimmie Louis Pope**

Prob12C
D/NV Form
Rev. March 2017

## *THE COURT ORDERS*

☐        No Action.
☐        The issuance of a warrant.
**X**        The issuance of a summons.
☐        Other:

_____
Signature of Judicial Officer

4/12/2022
_____
Date

RE: Jimmie Louis Pope

Prob12C
D/NV Form
Rev. March 2017

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. JIMMIE LOUIS POPE,  2:16CR00256

## SUMMARY IN SUPPORT OF PETITION FOR SUMMONS
### April 6, 2022

On February 13, 2017, Pope was sentenced to twenty-four (24) months custody followed by thirty-six (36) months supervised release for committing the offense of felon in possession of a firearm. On July 23, 2018, Pope commenced his first term of supervised release. On June 24, 2019, the Court revoked his supervised release and sentenced him to six (6) months custody followed by thirty (30) months supervised release.

On October 25, 2019, Pope began his second term of supervised release. On July 19, 2021, Pope again appeared before the Court for his second revocation hearing. The Court again revoked his supervision and sentenced him to twelve (12) months and one (1) day in custody with seventeen (17) months supervised release to follow. Pope commenced his third term of supervised release on November 24, 2021.

As noted in the allegations above, Pope's third term of supervised has ended up much like his two prior terms with numerous violations. The probation office has been working closely with Pope attempting to get him employed and become a productive member of society without much success. Back in January/February, Pope was directed to report to the probation office each week with proof that he'd applied for at least five jobs and was told he would continue this until he obtained full time verifiable employment.

On February 15, 2022, Pope reported to the probation office that he had obtained full time employment working in a warehouse position at a company called Complete Millwork Services. Pope submitted to the probation office a copy of an email from the "office manager" stating he was hired by their company and he also submitted one pay stub. On March 15, 2022, the probation office contacted the company headquarters for Complete Millwork Services, which is located in Carson City, Nevada to inquire about Pope's employment with their company. They advised that they have no record of Pope ever working for their company and that they closed their Las Vegas warehouse down in August 2020.

The probation office addressed this matter with Pope who admitted that he falsified the employment documentation. Pope also stated that he doesn't want to get a job and that he's just not motivated enough to get a job. Pope was again placed back on weekly reporting and providing proof that he's looking for employment and he reported to the office most recently on March 29, 2022 and failed to provide proof that he'd applied for at least five jobs the week prior.

At this point, the probation office has no recourse but to request that a summons be issued so that he may be brought before the Court to address these violations.

**RE: Jimmie Louis Pope**

Prob12C
D/NV Form
Rev. March 2017

Respectfully submitted,

Digitally signed by
Cecil B McCarroll III
Date: 2022.04.06
16:37:41 -07'00'

_____

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Brian
Blevins
Date: 2022.04.06
16:29:46 -07'00'

_____

Brian Blevins
Supervisory United States Probation Officer