UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JIMMIE LOUIS POPE,<br><br>    Defendant. | Case No. 2:16-cr-00256-JAD-GWF<br><br>**ORDER**<br><br>ECF No. 114 |

    Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Thursday, May 5, 2022 at 11:00 a.m., be vacated and continued to June 14, 2022, at 2:00 p.m.

    DATED this 4th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE