**FILED**

**UNDER**

**SEAL**

## United States District Court
### for
### the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Jimmie Louis Pope**

Case Number: **2:16CR00256**

Name of Sentencing Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Original Sentence: **February 13, 2017**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **24 Months prison, followed by 36 Months TSR.**

Date of Prior Revocation: **July 19, 2021**

Revocation Sentence: **12mos & 1 day, followed by 17 Months TSR**

Date Supervision Commenced: **July 23, 2018**

Name of Assigned Judicial Officer: **Honorable Jennifer A. Dorsey**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Commit Another Crime - You must not commit another federal, state or local crime.**

   - On June 8, 2022, Pope was arrested by Detectives with the Las Vegas Metropolitan Police Department (LVMPD) and charged with the following offenses: Discharging Gun At/Into Occupied Structure/Vehicle/Craft in violation of N.R.S. 202.285.1B, a Felony; Assault with a Deadly Weapon, in violation of

N.R.S. 200.471.2B, a Felony; Own/Possession Gun by Prohibited Person, in violation of N.R.S. 202.360.1, a Felony; Attempted Murder, E/DW in violation of N.R.S. 200.010, a Felony; Conspiracy to Commit Murder in violation of N.R.S. 200.010, a Felony; and Discharging Gun Within Structure/Vehicle, in violation of N.R.S. 202.287.1B, a Felony.

- According to the police report, On March 21, 2022 officers were summoned to a shooting call whereas the victim reported a vehicle drove by his residence and fired multiple rounds at him from a vehicle. The victim was not hit, but bullets did strike nearby vehicles. Detectives later determined the vehicle used in the shooting was registered to Pope's girlfriend and that Pope was driving it in the area of the shooting. The vehicle was later searched and a 9mm handgun along with 9mm rounds were found in the center console. Pope's DNA was found on that handgun.

2. **Cognitive Behavioral Treatment – You must participate in a cognitive behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.**

   Pope failed to show up for his scheduled session on the following dates:

   a) April 14, 2022
   b) April 21, 2022
   c) April 28, 2022
   d) May 5, 2022
   e) May 12, 2022
   f) May 19, 2022
   g) May 26, 2022
   h) June 2, 2022

3. **Do Not Unlawfully Use Controlled Substance - You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.**

   a) Pope failed to report for scheduled drug testing on April 23, 2022.
   b) Pope admitted to taking Percocet without a prescription on May 27, 2022.

4. <u>**Report Police Contact Within 72 Hours**</u> **- If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.**

   a) On May 12, 2022, Metro Officers responded to a report of a fight in progress and when they arrived, they found Pope alone. No charges were filed related to this incident. Pope failed to report this contact to the probation officer.

5. <u>**Follow Instructions Of Probation Officer**</u> **- You must follow the instructions of the probation officer related to the conditions of supervision.**

   a) On March 23, 2022, the undersigned directed Pope to report to the probation office on a weekly basis to report his progress on obtaining employment. On June 3, 2022, Pope failed to report as instructed.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

   ☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on <u>**June 10, 2022**</u>

Digitally signed by Cecil B McCarroll III
Date: 2022.06.14 16:15:38 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2022.06.14 16:07:47 -07'00'

Brian Blevins
Supervisory United States Probation Officer

Prob12C
D/NV Form
Rev. March 2017

## *THE COURT ORDERS*

☐     No Action.

**X**     The issuance of a warrant.

☐     The issuance of a summons.

☐     Other:

_____
Signature of Judicial Officer

6/16/2022
_____
Date

Prob12C
D/NV Form
Rev. March 2017

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. JIMMIE LOUIS POPE, 2:16CR00256

## SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### June 10, 2022

On November 24, 2021, Pope commenced his third time on supervised release and on April 12, 2022, the undersigned filed a petition for summons noting violations of his conditions. On April 21, 2022, Pope appeared for his Initial Appearance and since that time, Pope has incurred numerous additional violations. Most notably, Pope was arrested and charged with numerous state felony charges.

The police report details how on March 21, 2022 a victim called police and reported that a vehicle drove by his residence and a person inside of it fired multiple rounds at him. The victim was not hit, but several nearby cars were. After further investigation, Detectives later determined that the car used in the shooting belonged to Pope's girlfriend. Officers later conducted a traffic stop on the vehicle, which was in the area of the shooting; Pope was found to be the sole occupant of the vehicle.

The vehicle was later searched on April 10, 2022. During that search, officers discovered a 9mm handgun along with several rounds of ammunition. DNA was taken from the gun which matched Pope's. A digital search was conducted on Pope's phone which showed that Pope's phone was in the area of the shooting four minutes prior to the incident. Detectives arrested Pope on June 8, 2022, and during his interview, Pope admitted to driving the vehicle in the shooting. Pope was later transported to the Clark County Detention Center and booked on the above noted charges. Pope's next court appearance is scheduled for June 14, 2022. It should also be noted that Pope is being held on a no bail hold and as such will not make it for the revocation hearing scheduled on Tuesday June 14, 2022.

Also noted above are numerous other violations for missing a drug test, using Percocet without a valid prescription, failing to follow directives of the probation officer, failing to report police contact as required, and failing to show up for every therapy class since April 7, 2022.

Pope's most recent arrest is very concerning to the probation office and it's apparent that Pope has no intention of complying with the conditions of his supervision. Our office requests that a warrant be issued for his arrest and due to the public safety risk related to his new charges, it is requested that he remain in custody pending his revocation hearing.

# RE: Jimmie Louis Pope

Respectfully submitted,

Digitally signed by
Cecil B McCarroll III
Date: 2022.06.14
16:16:16 -07'00'

_____

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Brian
Blevins
Date: 2022.06.14
16:08:14 -07'00'

_____

Brian Blevins
Supervisory United States Probation Officer