# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JIMMIE LOUIS POPE,<br><br>    Defendant. | Case No. 2:16-cr-00256-JAD-GWF<br><br>**ORDER**<br><br>ECF No. 122 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, September 12, 2022 at 10:00 a.m., be vacated and continued to November 14, 2022, at 11:00 a.m.

DATED this 8th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE