# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JIMMIE LOUIS POPE,<br><br>　　　　　　　Defendant. | Case No. 2:16-cr-00256-JAD-GWF<br><br>**ORDER**<br><br><br>**ECF No. 124** |

  Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, November 14, 2022 at 11:00 a.m., be vacated and continued to November 28, 2022, at 3:00 p.m.

  DATED this 24th day of October, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE