JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
K. NICHOLAS PORTZ
Special Assistant United States Attorney
Nevada Bar Number 12473
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: nick.portz@usdoj.gov
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-CR-00256-JAD-GWF |
| Plaintiff, | |
| v. | **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JIMMIE LOUISE POPE (ID # 2762460)** |
| **JIMMIE LOUIS POPE**, | |
| Defendant. | |

The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Warden, Clark County Detention Center, Las Vegas, Nevada, and the United States Marshal for the District of Nevada to produce JIMMIE LOUIS POPE before the United States District Court on or about November 29, 2022, at the hour of 2:00 pm., in Courtroom 6D, for a supervised release violation.

JIMMIE LOUIS POPE is currently in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada. On April 7, 2022, a Petition for Warrant of Offender on Supervised Release in the above-captioned matter was filed.

Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service can produce JIMMIE LOUIS POPE before this Court for the purpose of a supervised release violation and from time to time and day to day

thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

Dated: November 28, 2022

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ K. Nicholas Portz*
K. Nicholas Portz
Special Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>**JIMMIE LOUIS POPE**,<br><br>  Defendant. | Case No. 16-CR-00256-JAD-GWF<br><br>**ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JIMMIE LOUIS POPE (ID # 2762460)** |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of JIMMIE LOUIS POPE before the United States District Court at Las Vegas, Nevada, on or about November 29, 2022, at the hour of 2:00 p.m., in Courtroom 6D, for supervised release violation and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: November 30, 2022.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE